IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE PLUMB,

        Plaintiff,        CIV. S-04-0531-FCD-PAN-PS

    v.

VICKI ABNEY, et al.,        ORDER

        Defendants.

_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On April 14, 2005, Judge Nowinski recommended that plaintiff's motion for summary judgment be denied and defendants' motion to dismiss be granted.  On May 23, 2005, plaintiff filed untimely objections to the findings and recommendation.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed April 14, 2005, are adopted in full;

    2.  Plaintiff's motion for summary judgment is denied; and

    3.  Defendants' motion to dismiss is granted.

DATED: June 6, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge